IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:22-cv-03575 ) |
| v. | ) The Honorable Jorge L. Alonso ) |
| TONY'S FINER FOODS ENTERPRISES, INC.; TONY'S FINER FOODS NO. 66, INC., TONY'S FINER FOODS NO. 9, INC. D/B/A TONY'S FRESH MARKET; and CHARLENE FIGUEROA, | ) The Honorable Gabriel A. Fuentes ) ) ) ) ) |
| Defendants. | |

**JOINT STATUS REPORT**

Following entry of this Court's July 12, 2023 Order (Doc. 41), the parties have conferred and jointly submit the following Joint Status Report as directed by this Court.

**I.     Prior Status Report and Recent Developments in Case**

Consistent with this Court's July 5, 2023 Order (Doc. 39), the parties previously submitted a Joint Status Report on July 10, 2023. (Doc. 40). The July 10, 2023 Joint Status Report indicated that undersigned counsel sought additional time to confer with their clients and with each other following this Court's July 5, 2023 Memorandum Opinion and Order granting the Motion for Judgment on the Pleadings filed by Tony's Finer Foods and denying the Motion for Judgment on the Pleadings filed by Continental Western Insurance Company. (Doc. 39). The Court granted this request and entered a July 12, 2023 Order directing the parties to file a Joint Status Report by August 14, 2023, ahead of a status hearing on August 17. (Doc. 41.)

Consistent with this Court's direction, counsel have conferred with their clients and with each other. As discussed below, the parties remain significantly far apart in settlement discussions.

1

With settlement unlikely at present, Continental Western intends to file a Motion to Certify Question of Law for Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b) within twenty-one (21) days. Tony's Finer Foods has indicated that it would oppose such a motion, if filed.

## II.     Current Status of Suit

The Court's July 5, 2023 Memorandum Opinion and Order resolved significant issues pending before the Court, though it was not fully dispositive of the lawsuit.

## III.    Pending Motions

No motions are currently pending before this Court.

## IV.    Settlement Status

The parties have briefly engaged in further settlement discussions, with counsel for Tony's Finer Foods and counsel for Continental Western remaining in occasional contact. The parties represent that they are significantly far apart on the monetary value of the case, rendering settlement unlikely at present.

Dated: August 14, 2023

                                              TRAUB, LIEBERMAN, STRAUS &
                                              SHREWSBERRY LLP

                                              /s/ *Adam P. Joffe*
                                              Dana A. Rice (6283827)
                                              Adam P. Joffe (63001160
                                              Traub Lieberman Straus & Shrewsberry LLP
                                              71 S. Wacker Drive
                                              Suite 2110
                                              Chicago, IL  60606
                                              P:  (312) 332-3900
                                              drice@tlsslaw.com
                                              ajoffe@tlsslaw.com

                                              ATTORNEYS FOR CONTINENTAL
                                              WESTERN INSURANCE COMPANY

        SPERLING & SLATER, P.C.

        /s/ Eamon P. Kelly (w/ permission)
        Eamon P. Kelly
        Clayton Faits
        Matthew H. Rice
        Sperling & Slater, P.C.
        55 West Monroe Street
        Suite 3200
        Chicago, IL 60603
        P: (312) 641-3200
        EKelly@sperling-law.com
        cfaits@sperling-law.com
        mrice@sperling-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        /s/ *Adam P. Joffe*
        Adam P. Joffe
        Traub Lieberman Straus & Shrewsberry LLP
        71 S. Wacker Drive
        Suite 2110
        Chicago, IL 60606
        P: (312) 332-3900
        ajoffe@tlsslaw.com

        ATTORNEYS FOR CONTINENTAL
        WESTERN INSURANCE COMPANY